Daniel T Smith
Mary G Smith
4801 Valhalla Lane
Plant City, FL 33565
813-727-9368

## UNITED STATES DISTRICT COURT
### IN THE DISTRICT OF COLUMBIA

Daniel T Smith,
Mary G Smith

        Plaintiff(s),

v.

United States

        Defendant.

Case No. 1:05cv02069 (CKK)

REQUEST FOR ENTRY OF DEFAULT

1. Plaintiffs request that default be entered forthwith against defendant.

2. The record shows that plaintiffs filed a complaint in the instant matter on October 20, 2005;

3. The record shows that plaintiffs served the United States Attorney the summons and complaint on December 16, 2005.

4. The record shows that the defendants' answer was due on February 14, 2006;

5. The record shows that plaintiff(s) filed an amended complaint of February 6, 2006

6. The record is silent as to defendant requesting an extension of time to answer.

7. The record shows that defendant has not answered the aforementioned complains nor has defendant defended in this matter whatsoever.

Wherefore, inasmuch as the record in this matter is clear as to defendants failure to defend in this matter plaintiffs are entitled to entry of default forthwith against

defendant as a matter of law.

Dated February 17, 2006

_____ *Daniel T Smith* (signature)
Daniel T Smith

*Mary G Smith* (signature)
Mary G Smith

_____

## CERTIFICATE OF SERVICE

I certify that I have served a copy of the forgoing and a copy of the amended complaint on defendant's attorney at his address of record.

Dated *February 17*, 2006

*/s/ Daniel T Smith*
Daniel T Smith