IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DANIEL T. SMITH & <br> MARY G. SMITH, | ) <br> ) <br> ) | |
| Plaintiffs, | ) <br> ) | No. 1:05-cv-2069 (CKK) |
| v. | ) <br> ) | |
| UNITED STATES, | ) <br> ) | |
| Defendant. | ) | |

## MOTION TO VACATE ENTRY OF DEFAULT

DEFENDANT, the United States of America, by and through its attorneys and pursuant to Fed. R. Civ. P. 55(c), moves for relief from the default entered by the Clerk in this case on February 23, 2006.

As grounds for this motion, the United States asserts that the default was improvidently entered because, prior to requesting entry of default, plaintiffs failed to properly serve the United States, failed to exhaust their administrative remedies and failed to discharge the Court's order to show proper venue in this Court.

Attached is a memorandum in support of this motion, and a motion to dismiss in lieu of the verified complaint required by Local Rule 7(g).

The specific relief sought by this motion is vacation of the default entered on February 23, 2006.

Date:  March 3, 2006.

Respectfully submitted,

 /s/ Pat S. Genis
PAT S. GENIS, #446244
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, D.C.  20044
Telephone: (202) 307-6390

OF COUNSEL:

KENNETH W. WAINSTEIN
United States Attorney

## CERTIFICATE OF SERVICE

IT IS CERTIFIED that the UNITED STATES' MOTION TO VACATE ENTRY OF DEFAULT, MEMORANDUM IN SUPPORT, PROPOSED ORDER and MOTION TO DISMISS, was served on March 3, 2006 by First-Class Mail, postage prepaid, addressed to the following persons:

>DANIEL T. SMITH
>MARY G. SMITH
>Plaintiffs *pro se*
>4801 Valhalla Lane
>Plant City, FL 33565.

   /s/   Pat S. Genis
PAT S. GENIS, #446244