IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DANIEL T. SMITH & | ) | |
| MARY G. SMITH, | ) | |
| | ) | |
| Plaintiffs, | ) | No. 1:05-cv-2069  (CKK) |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Having considered the UNITED STATES' MOTION TO DISMISS COMPLAINT,

the supporting memorandum of points and authorities, any opposition and reply

thereto, and the entire record of this proceeding, it is by the Court

ORDERED that the motion is GRANTED; and it is further

ORDERED that this action be, and is, DISMISSED;  and it is further

ORDERED that the Clerk shall distribute copies of this order to the persons listed

below.

SO ORDERED this ____ day of _____ 2006.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

Pat S. Genis
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, DC  20044

Daniel T. Smith
Mary G. Smith
4801 Valhalla Lane
Plant City, FL 33565

<u>CERTIFICATE OF SERVICE</u>

        IT IS CERTIFIED that the UNITED STATES MOTION TO DISMISS COMPLAINT

was served on March 3, 2006, by sending a copy by First-Class mail, postage prepaid, addressed

to the following persons:


            Daniel T. Smith
            Mary G. Smith
            4801 Valhalia Lane
            Plant City, FL 33565

                        ___/s/ Pat S. Genis____
                    _____PAT S. GENIS, #446244