# United States District Court
IN THE DISTRICT OF COLUMBIA

Daniel T Smith,
Mary G Smith,

                                Case No. 1:05cv02069 (CKK)

        Plaintiff(s),

v.

United States

        Defendant.

## MOTION TO FILE OUT OF TIME

Plaintiffs request leave of court to respond to the courts order to file by March 24, 2006. Plaintiffs are untrained in law and do not have access to paralegals, secretaries and/or legal researchers. The attached responses required extensive research and writing to respond to defendants motions.

Dated: March 27, 2006

_____
Daniel T Smith
4801 Valhalla Lane
Plant City, FL 33565

_____
Mary G Smith
4801 Valhalla Lane
Plant City, FL 33565

**RECEIVED**

MAR 29 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Daniel T Smith v. United States.    page 1 of 2 pages    Motion to file out of time

## CERTIFICATE OF SERVICE

I certify that I have served a copy of the forgoing on defendant's attorney at his/her address of record.

Dated *March 27*, 2006

*Daniel T. Smith*
Daniel T Smith