RECEIVED
MAY - 3 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT
IN THE DISTRICT OF COLUMBIA

Daniel T Smith,
Mary G Smith

Case No. **1:05cv02069 (CKK)**

Plaintiff(s),   ADDENDUM TO COMPLAINT No. 2

v.

United States

Defendant.

This Court has recognized that an exception to the exhaustion of the administrative remedy is found where "An adverse decision can also be certain if an agency has articulated a very clear position on the issue which it has demonstrated it would be unwilling to reconsider." Randolph-Sheppard Vendors of Am. v. Weinberger, 795 F.2d 90, 105 (D.C. Cir. 1986) (citing Etelson v. Office of Pers. Mgmt., 684 F.2d 918, 925 (D.C. Cir. 1982).

Pursuant to The Federal Records Act, 44 USC § 3101, and the National Archives Act, 44 USC § 3106, the attached correspondence is a public record. Pursuant to the Administrative Procedure Act, 5 USC 704, the attached correspondence is a final agency action.

Pursuant to Fed Rules of Edv. Rule 902(1) the attached correspondence is self-authenticating. Pursuant to Fed. Rules of Edv. Rule 201 the court is required to take mandatory judicial notice of the adjudicative fact that the attached correspondence (sent

to plaintiff(s),) is a final agency action that articulates a very clear position that the IRS is unwilling to reconsider [1].

Dated 4/29, 2006

_____
Daniel T Smith
4801 Valhalla Lane
Plant City, FL 33565

_____
Mary G Smith
4801 Valhalla Lane
Plant City, FL 33565

## CERTIFICATE OF SERVICE

I certify that I have mailed an original and one copy of the forgoing to:

Clerk of Court, United States District Court, 333 Constitution Ave. NW, Washington D.C. 20001,

and one copy to:

Pat S Genis, Trial Attorney, Tax Division, U.S. Dept of Justice, P.O. Box 227, Ben Franklin Station, Washington D.C. 20044.

Dated 4-29, 2006

_____
Daniel T Smith

---

[1] The attached correspondence is provided solely to demonstrate that the defendants' agency has articulated a position that is a final agency action that defendants' agency is unwilling to reconsider and for no other purpose.

Daniel T Smith v. United States.        page 2 of 2 pages        Addendum to Complaint

**Internal Revenue Service**  
1973 North Rulon White Blvd.  
Ogden, UT 84404-0040

**Department of the Treasury**

Taxpayer Identification Number:  
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

Person to Contact: Dennis Parizek

**Date:** March 13, 2006

Employee Identification Number: 29-61699

DANIEL T SMITH  
4801 VALHALLA LN  
PLANT CITY, FL 33565-578918

Contact Telephone Number: 866-899-9083

Contact Hours: 7:00 am – 7:00 pm MST Mountain Time

Dear Taxpayer(s):

    This is in reply to your recent correspondence dated 10/4/2005.

    We have determined that the arguments you raised are frivolous and have no basis in law. Federal courts have consistently ruled against such arguments and imposed significant fines for taking such frivolous positions.

    You can obtain IRS Publication 2105, Why Do I Have to Pay Taxes?, from our internet website at www.irs.gov/pub/irs-pdf/p2105.pdf. We also refer you to a document entitled The Truth About Frivolous Tax Arguments. It is also on our website at www.irs.gov/pub/irs-utl/friv_tax.pdf. If you do not have internet access, you can obtain copies of these documents from your local IRS office.

    There are some people who encourage others to violate our nation's tax laws by arguing that there is no legal requirement for them to file income tax returns or pay income taxes. These people base their arguments on legal statements taken out of context and on frivolous arguments that have been repeatedly rejected by federal courts. People who rely on this kind of information can ultimately pay more in taxes, interest and penalties than they would have paid simply by filing correct tax returns.

    People who violate the tax laws also may be subject to federal criminal prosecution and imprisonment. Information about the IRS's criminal enforcement program is available on the internet at www.irs.gov. Once there, enter the IRS keyword: fraud.

    The IRS is working with the United States Department of Justice and state taxing authorities to ensure that all taxpayers pay their lawful share of taxes and to seek criminal indictments or civil enforcement actions against people who promote or join in abusive and fraudulent tax schemes.

    The claims presented in your correspondence do not relieve you from your legal responsibilities to file federal tax returns and pay taxes. We urge you to honor those legal duties.

    If you persist in sending frivolous correspondence, we will not continue to respond to it. Our lack of response to further correspondence does not in any way convey agreement or acceptance of the arguments advanced. If you desire to comply with the law concerning your tax liability, you are encouraged to seek advice from a reputable tax practitioner or attorney.

**Letter 3175C (Rev. 3-1-2004)**

This letter advises you of the legal requirements for filing and paying federal individual income tax returns and informs you of the potential consequences of the position you have taken. Please observe that the Internal Revenue Code sections listed below expressly authorize IRS employees that act on behalf of the Secretary of the Treasury to: 1.) examine taxpayer books, papers, records, or other data which may be relevant or material; 2.) issue summonses in order to gain possession of records so that determinations can be made of the tax liability or for ascertaining the correctness of any return filed by that person; and 3.) collect any such liability.

General Information on Filing Requirements and Authority to Collect Tax

Title 26, United States Code
    Section 6001  Notice or regulations requiring records, statements, and special returns
    Section 6011  General requirement of return, statement, or list
    Section 6012  Persons required to make returns of income
    Section 6109  Identifying numbers
    Section 6151  Time and place for paying tax shown on returns
    Section 6301  Collection Authority
    Section 6321  Lien for taxes
    Section 6331  Levy and distraint
    Section 7602  Examination of books and witnesses

INTERNAL REVENUE CODE SECTION 6702 (FRIVOLOUS INCOME TAX RETURN PROVIDES:

CIVIL PENALTY - IF -
  (1) any individual files what purports to be a return of the tax imposed by subtitle A but which -
    (A) does not contain information on which the substantial correctness of the self- assessment may be judged, or
    (B) contains information that on its face indicates that the self- assessment is substantially incorrect; and
  (2) the conduct referred to in paragraph (1) is due to -
    (A) a position which is frivolous, or
    (B) a desire (which appears on the purported return) to delay or impede the administration of Federal income tax law, then such individuals shall pay a penalty of $500.00

PENALTY IN ADDITION TO OTHER PENALTIES - The penalty imposed by subsection (a) shall be in addition to any other penalty provided by law.

If you have questions, please write to us at the address shown at the top of the first page of this letter. Or, you may call us toll free at 1-800-829-8374 between the hours of 7:00 AM and 10:00 PM local time. Whenever you write, please include this letter and, in the spaces below, give us your telephone number with the hours we can reach you. You may also wish to keep a copy of this letter for your records.

Your telephone Number (_____)_____ Hours_____

                                      Sincerely yours,

                                      Operations Manager,
                                      Exam SC Support

Enclosure:
Publication 2105

**Letter 3175C (Rev. 3-1-2004)**