RECEIVED

JUN 1 2 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
IN THE DISTRICT OF COLUMBIA

Daniel T Smith,
Mary G Smith

Case No. **1:05cv02069 (CKK)**

Plaintiff(s),        ADDENDUM TO COMPLAINT No. 2-2

v.

United States
            Defendant.

This Court has recognized that an exception to the exhaustion of the administrative remedy is found where "An adverse decision can also be certain if an agency has articulated a very clear position on the issue which it has demonstrated it would be unwilling to reconsider." Randolph-Sheppard Vendors of Am. v. Weinberger, 795 F.2d 90, 105 (D.C. Cir. 1986) (citing Etelson v. Office of Pers. Mgmt., 684 F.2d 918, 925 (D.C. Cir. 1982).

This Court has also recognized that an administrative remedy may be inadequate where the administrative body is shown to be biased or has otherwise predetermined the issue before it. (Turner v. United States, _ F. Supp.2d _, 2006 WL 1071852, *3-4 (D.D.C. 2006) (finding, based on Arbaugh v. Y & H Corp., 126 S.Ct. 1235, 1242 (2006) citing Gibson v. Berryhill, 411 U.S. at 575, n. 14; Houghton v. Shafer, 392 U.S. 639, 640 (1968))

Pursuant to The Federal Records Act, 44 USC § 3101, and the National Archives Act, 44 USC § 3106, the attached correspondence is a public record. Pursuant to the

Administrative Procedure Act, 5 USC 704, the attached correspondence is a final agency action.

## FINDINGS MUST BE BASED UPON EVIDENCE

Even if administrative exhaustion is a question of law, the exceptions to the administrative exhaustion requirement that have heretofore been mentioned, in Koerner (both cases)[1], Turner, and in the instant case, involve findings of fact which should, in keeping with Arbaugh, be within the province of a jury. In the instant case, a jury finding that IRS was willing to reconsider a position (Randolph-Sheppard), or was unbiased (McCarthy), would naturally *and properly* result in the legal conclusion that no exception(s) to the exhaustion requirement are applicable; an adverse jury finding, however, of IRS intransigence, or bias, would necessarily and properly result in the legal conclusion that one or more exception(s) to the exhaustion requirement do apply. The legal conclusion that Plaintiff failed to exhaust an administrative remedy to which no exception applies may only be based upon a finding of facts; a finding of the jury. I/we believe that a proper reading of the statute supports this argument.

Pursuant to Fed Rules of Edv. Rule 902(1) the attached correspondence is self-authenticating. Pursuant to Fed. Rules of Edv. Rule 201 the court is required to take mandatory judicial notice of the adjudicative fact that the attached correspondence (sent to plaintiff(s), is a final agency action that demonstrates that the IRS is unwilling to

---

[1] No. 05-1600 (D.D.C. Oct 26, 2005; 06-0024, D.D.C. Mar. 31, 2006

Daniel T Smith v. United States.                page 2 of 3 pages                Addendum to Complaint

reconsider the position taken in the attached correspondence[2] and/or is biased and evidence of continued unlawful collection activities, continued harassment and/or retaliation against plaintiff(s) for pursuing the instant action.

Dated 6-8, 2006

_Daniel T. Smith_
Daniel T Smith
4801 Valhalla Lane
Plant City, FL 33565

_Mary G. Smith_
Mary G Smith
4801 Valhalla Lane
Plant City, FL 33565

## CERTIFICATE OF SERVICE

I certify that I have mailed an original and one copy of the forgoing to:

Clerk of Court, United States District Court, 333 Constitution Ave. NW, Washington D.C. 20001,

and one copy to:

Pat Ginis, Trial Attorney, Tax Division, U.S. Dept of Justice, P.O. Box 227, Ben Franklin Station, Washington D.C. 20044.

Dated 6-8, 2006

_Daniel T. Smith_
Daniel T Smith

---

[2] The attached correspondence is provided solely to demonstrate that the defendants' agency has articulated a position that is a final agency action that defendants' agency is unwilling to reconsider and/or is biased and evidence of continued unlawful collection activities, continued harassment and/or retaliation against plaintiff(s) for pursuing this action and for no other purpose.

Daniel T Smith v. United States.                page 3 of 3 pages                Addendum to Complaint

**Internal Revenue Service**  
3848 W. COLUMBUS DRIVE  
STOP 5222  
TAMPA, FL 33607

**Department of the Treasury**

Letter Number: 3174 (P)

Letter Date:  
05/08/2006

Social Security or  
Employer Identification Number  
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

IRS Employee to Contact:  
B. MORRIS

Employee Identification Number:  
59-06002

Contact Telephone Number:  
(813)315-2233

DANIEL T SMITH  
4801 VALHALLA LN  
PLANT CITY, FL 33565-5789

Although we previously sent you a notice of our intention to collect your unpaid tax through enforced collection, our records show that you still have not paid the amount you owe. Enforced collection may include placing a levy on your bank accounts, wages, receivables, commissions, etc. It could also involve seizing and selling your property, such as real estate, vehicles, or business assets.

To prevent collection action, please pay the amount you owe, now. Make your check or money order payable to the United States Treasury, and write your social security number or employer identification number on it. Send your payment to us in the enclosed envelope with a copy of this letter. The amount you owe is shown on the next page.

If you recently paid this or if you can't pay it, call as soon as you get this letter. Our telephone number is at the top of this letter. If you disagree with our taking enforcement action, you may be able to work out another solution. Speak to the person whose name appears at the top of this letter, or ask for that person's manager. If you do not agree with the results, you may fill out Form 9423, Collection Appeals Request, to ask for Appeals consideration.

The unpaid amount from prior notices may include tax, penalties, and interest you still owe. It also includes credits and payments we have received since our last notice to you.

**Interest - Internal Revenue Code Section 6601**

We charge interest when your tax is not paid on time. Interest is computed from the due date of your return (regardless of extensions) until paid in full or to the date of this notice.

Interest is also charged on penalties assessed on your account. Interest compounds daily except on underpaid estimated taxes for individuals or corporations.

**Paying Late - Internal Revenue Code Section 6651(a)(2)**

We charge a penalty when your tax is not paid on time. Initially, the penalty is ½% of the unpaid tax for each month or part of a month the tax was not paid.

If you have any questions about your account or would like a further detailed explanation of the penalty and interest charges on your account, please call me at the telephone number shown above.

Sincerely yours,

B. MORRIS  
REVENUE OFFICER

| Form 668 (Y)(c) (Rev. February 2004) | 1872 | Department of the Treasury - Internal Revenue Service **Notice of Federal Tax Lien** | | |
|---|---|---|---|---|
| Area: SMALL BUSINESS/SELF EMPLOYED AREA #3 (800) 913-6050 | | Serial Number 277822506 | | For Optional Use by Recording Office |

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

- This Notice of Federal Tax Lien has been filed as a matter of public record.
- IRS will continue to charge penalty and interest until you satisfy the amount you owe.
- Contact the Area Office Collection Function for information on the amount you must pay before we can release this lien.
- See the back of this page for an explanation of your Administrative Appeal rights.

Name of Taxpayer  
MARY G SMITH

Residence  
4801 VALHALLA LN  
PLANT CITY, FL 33565-5789

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/1998 | 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 | 10/24/2005 | 11/23/2015 | 13172.82 |
| 1040 | 12/31/1999 | 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 | 10/24/2005 | 11/23/2015 | 15949.79 |
| 1040 | 12/31/2000 | 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 | 10/24/2005 | 11/23/2015 | 8802.01 |
| 1040 | 12/31/2001 | 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 | 10/24/2005 | 11/23/2015 | 7276.61 |
| 1040 | 12/31/2002 | 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 | 10/24/2005 | 11/23/2015 | 6339.57 |
| 1040 | 12/31/2003 | 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 | 10/24/2005 | 11/23/2015 | 3376.46 |

Place of Filing  
CLERK OF CIRCUIT COURT  
HILLSBOROUGH COUNTY  
TAMPA, FL 33601

Total 52917.26

This notice was prepared and signed at __JACKSONVILLE, FL__, on this, the __07th__ day of __March__, __2006__.

Signature  
R. A. Mitchell  
for B. MORRIS

Title  
REVENUE OFFICER  
(813) 315-2233    23-03-3730

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax Lien Rev. Rul. 71-466, 1971 - 2 C.B. 109)

Part 3 - Taxpayer's Copy

CAT. NO 60025X  
Form 668 (Y)(c) (Rev. 02-04)

| Form 668-W(ICS) (Jan. 2003) | Department of the Treasury – Internal Revenue Service **Notice of Levy on Wages, Salary, and Other Income** |
|---|---|
| DATE: 04/24/2006 | |
| REPLY TO: Internal Revenue Service<br>B. MORRIS<br>3848 W. COLUMBUS DRIVE<br>STOP 8222<br>TAMPA, FL 33607 | TELEPHONE NUMBER<br>OF IRS OFFICE: (813)315-2233<br><br>NAME AND ADDRESS OF TAXPAYER:<br>MARY G SMITH<br>4801 VALHALLA LN<br>PLANT CITY, FL 33565-5788 |
| TO: SCHOOL DISTRICT OF HILLSBOROUGH COU<br>901 E KENNEDY BLVD 3RD FLOOR<br>TAMPA, FL 33602-3507 | IDENTIFYING NUMBER(S):  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<br>SMIT |

| Kind of Tax | Tax Period Ended | Unpaid Balance of Assessment | Statutory Additions | Total |
|---|---|---|---|---|
| 1040 | 12/31/1998 | 13192.82 | 548.76 | 13739. |
| 1040 | 12/31/1999 | 13949.79 | 578.80 | 14528. |
| 1040 | 12/31/2000 | 8802.61 | 365.24 | 9198. |
| 1040 | 12/31/2001 | 7276.61 | 301.93 | 7578. |
| 1040 | 12/31/2002 | 6339.57 | 263.02 | 6602. |
| 1040 | 12/31/2003 | 3519.13 | 124.60 | 3643. |

Employer or Other Addressee: Please complete the back of this page.   Total Amount Due →   55261.

We figured the interest and late payment penalty to **05-24-2006**

**Statement of Exemptions and Filing Status** (To be completed by taxpayer; Instructions are on the back of Part 5)

My filing status for my income tax return is (check one):   ☐ Single;   ☐ Married Filing a Joint Return;
☐ Married Filing a Separate Return;   ☐ Head of Household; or   ☐ Qualifying Widow(er) with dependent chil

**ADDITIONAL STANDARD DEDUCTION:** _____ (Enter amount only if you or your spouse is at least 65 and/or blind.)

I certify that I can claim the people named below as personal exemptions on my income tax return and that none are claimed on another Notice of Levy. No one I have listed is my minor child to whom (as required by court or administrative order) I make support payments that are already exempt from levy. I understand the information I have provided may be verified by the Internal Revenue Service. Under penalties of perjury, I declare that this statement of exemptions and filing status is true.

| Name (Last, First, Middle Initial) | Relationship (Husband, Wife, Son, Daughter, etc.) | Social Security Number (SSN) |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

| Taxpayer's Signature | Date |
|---|---|
| | |

Part 3 – Return to IRS        Catalog No. 35390P    www.irs.gov                                Form 668-W(ICS) (1-2003)

Form 668-W(ICS)
(Jan. 2003)

Department of the Treasury – Internal Revenue Service

## Notice of Levy on Wages, Salary, and Other Income

DATE: 05/30/2006

REPLY TO: Internal Revenue Service
B. MORRIS
3848 W. COLUMBUS DRIVE
STOP 5222
TAMPA, FL 33607

TELEPHONE NUMBER
OF IRS OFFICE: (813)315-2233

TO: SOCIAL SECURITY ADMINISTRATION
PO BOX 272030
DENVER, CO 80227-9030

NAME AND ADDRESS OF TAXPAYER:
DANIEL T SMITH
4801 VALHALLA LN
PLANT CITY, FL 33565-5789

IDENTIFYING NUMBER(S): 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

SMIT

| Kind of Tax | Tax Period Ended | Unpaid Balance of Assessment | Statutory Additions | Total |
|---|---|---|---|---|
| 1040 | 12/31/1998 | 5290.96 | 319.02 | 5609.98 |
| 1040 | 12/31/2000 | 13091.27 | 788.92 | 13880.19 |
| 1040 | 12/31/2001 | 13145.81 | 790.58 | 13936.39 |
| 1040 | 12/31/2002 | 11389.86 | 684.80 | 12074.66 |
| | | | Total Amount Due ⇒ | 45501.22 |

We figured the interest and late payment penalty to **06-29-2006**

**Statement of Exemptions and Filing Status** (*To be completed by taxpayer; instructions are on the back of Part 5*)

My filing status for my income tax return is (check one): ☐ Single; ☐ Married Filing a Joint Return; ☐ Married Filing a Separate Return; ☐ Head of Household; or ☐ Qualifying Widow(er) with dependent child

**ADDITIONAL STANDARD DEDUCTION:** _____ (*Enter amount only if you or your spouse is at least 65 and/or blind.*)

I certify that I can claim the people named below as personal exemptions on my income tax return and that none are claimed on another Notice of Levy. No one I have listed is my minor child to whom (as required by court or administrative order) I make support payments that are already exempt from levy. I understand the information I have provided may be verified by the Internal Revenue Service. Under penalties of perjury, I declare that this statement of exemptions and filing status is true.

| Name (Last, First, Middle Initial) | Relationship (*Husband, Wife, Son, Daughter, etc.*) | Social Security Number (*SSN*) |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

Taxpayer's Signature                                    Date

Part 5 —    For Taxpayer to keep        Catalog No. 35390F        www.irs.gov        Form 668-W(ICS) (1-2003)

**2006**

## I. Table for Figuring Amount Exempt from Levy on Wages, Salary, and Other Income (Forms 668-W(c), 668-W(c)(DO) & 668-W(ICS))

*(NOTE: Amounts are for each pay period.)*

### Filing Status: Single

| Pay Period | Number of Exemptions Claimed on Statement | | | | | | |
|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 | More than 6 |
| Daily | 32.50 | 45.19 | 57.88 | 70.58 | 83.27 | 95.96 | 19.81 plus 12.69 for each exemption |
| Weekly | 162.50 | 225.96 | 289.42 | 352.88 | 416.35 | 479.81 | 99.04 plus 63.46 for each exemption |
| Biweekly | 325.00 | 451.92 | 578.55 | 705.77 | 832.69 | 959.62 | 198.08 plus 126.92 for each exemption |
| Semimonthly | 352.08 | 489.58 | 627.08 | 764.58 | 902.08 | 1039.58 | 214.58 plus 137.50 for each exemption |
| Monthly | 704.17 | 979.17 | 1254.17 | 1529.17 | 1804.17 | 2079.17 | 429.17 plus 275.00 for each exemption |

### Filing Status: Unmarried Head of Household

| Pay Period | Number of Exemptions Claimed on Statement | | | | | | |
|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 | More than 6 |
| Daily | 41.73 | 54.42 | 67.12 | 79.81 | 92.50 | 105.19 | 29.04 plus 12.69 for each exemption |
| Weekly | 208.65 | 272.12 | 335.58 | 399.04 | 462.50 | 525.96 | 145.19 plus 63.46 for each exemption |
| Biweekly | 417.31 | 544.23 | 671.15 | 798.08 | 925.00 | 1051.92 | 290.39 plus 126.92 for each exemption |
| Semimonthly | 452.08 | 589.58 | 727.08 | 864.58 | 1002.08 | 1139.58 | 314.58 plus 137.50 for each exemption |
| Monthly | 904.17 | 1179.17 | 1454.17 | 1729.17 | 2004.17 | 2279.17 | 629.17 plus 275.00 for each exemption |

### Filing Status: Married Filing Joint Return (and Qualifying Widow(er)s)

| Pay Period | Number of Exemptions Claimed on Statement | | | | | | |
|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 | More than 6 |
| Daily | 52.31 | 65.00 | 77.69 | 90.38 | 103.08 | 115.77 | 39.62 plus 12.69 for each exemption |
| Weekly | 261.54 | 325.00 | 388.46 | 451.92 | 515.38 | 578.85 | 198.08 plus 63.46 for each exemption |
| Biweekly | 523.08 | 650.00 | 776.92 | 903.85 | 1030.77 | 1157.69 | 396.15 plus 126.92 for each exemption |
| Semimonthly | 566.67 | 704.17 | 841.67 | 979.17 | 1116.67 | 1254.17 | 429.17 plus 137.50 for each exemption |
| Monthly | 1133.33 | 1408.33 | 1683.33 | 1958.33 | 2233.33 | 2508.33 | 858.33 plus 275.00 for each exemption |

### Filing Status: Married Filing Separate Return

| Pay Period | Number of Exemptions Claimed on Statement | | | | | | |
|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 | More than 6 |
| Daily | 32.50 | 45.19 | 57.88 | 70.58 | 83.27 | 95.96 | 19.81 plus 12.69 for each exemption |
| Weekly | 162.50 | 225.96 | 289.42 | 352.88 | 416.35 | 479.81 | 99.04 plus 63.46 for each exemption |
| Biweekly | 325.00 | 451.92 | 578.55 | 705.77 | 832.69 | 959.62 | 198.08 plus 126.92 for each exemption |
| Semimonthly | 352.08 | 489.58 | 627.08 | 764.58 | 902.08 | 1039.58 | 214.58 plus 137.50 for each exemption |
| Monthly | 704.17 | 979.17 | 1254.17 | 1529.17 | 1804.17 | 2079.17 | 429.17 plus 275.00 for each exemption |

## II. Table for Figuring Additional Exempt Amount for Taxpayers at Least 65 Years Old and / or Blind

| Filing Status | * | Daily | Weekly | Biweekly | Semimonthly | Monthly |
|---|---|---|---|---|---|---|
| Single of Head of Household | 1 | 4.81 | 24.04 | 48.08 | 52.08 | 104.17 |
| | 2 | 9.62 | 48.08 | 96.15 | 104.17 | 208.33 |
| Any other Filing Status | 1 | 3.85 | 19.23 | 38.46 | 41.67 | 83.33 |
| | 2 | 7.69 | 38.46 | 76.92 | 83.33 | 166.67 |
| | 3 | 11.54 | 57.69 | 115.38 | 125.00 | 250.00 |
| | 4 | 15.38 | 76.92 | 153.85 | 166.67 | 333.33 |

* ADDITIONAL STANDARD DEDUCTION – claimed on Parts 3, 4, and 5 of levy

### Examples

These tables show the amount exempt from a levy on wages, salary, and other income. For example:

1. A single taxpayer who is paid weekly and claims three exemptions *(including one for the taxpayer)* is $289.42 exempt from levy.

2. If the taxpayer in number 1 is over 65 and writes 1 in the ADDITIONAL STANDARD DEDUCTION space on Parts 3, 4, and 5 of the levy, $313.46 is exempt from this levy ($289.42 plus $24.04).

3. A taxpayer who is married, files jointly, is paid biweekly, and claims two exemptions (including one for the taxpayer) has $650.00 exempt from levy.

4. If the taxpayer in number 3 is over 65 and has a spouse who is blind, this taxpayer should write 2 in the ADDITIONAL STANDARD DEDUCTION space on Parts 3, 4, and 5 of the levy. Then, $726.92 is exempt from this levy ($650.00 plus $76.92).

Publication 1494 (2006)     www.irs.gov     Catalog Number 11439T     Department of the Treasury – Internal Revenue Service

Form 668-A(ICS)
(Jan. 2003)

Department of the Treasury – Internal Revenue Service

# Notice of Levy

DATE: 05/30/2006
REPLY TO: Internal Revenue Service
B. MORRIS
3848 W. COLUMBUS DRIVE
STOP 5222
TAMPA, FL 33607

TELEPHONE NUMBER
OF IRS OFFICE: (813)315-2233

NAME AND ADDRESS OF TAXPAYER:
DANIEL T SMITH
4801 VALHALLA LN
PLANT CITY, FL 33565-5789

TO: SUNCOAST SCHOOLS FEDERAL CREDIT UN.
6801 E HILLSBOROUGH AVE
TAMPA, FL 33610

IDENTIFYING NUMBER(S): 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
SMIT

| Kind of Tax | Tax Period Ended | Unpaid Balance of Assessment | Statutory Additions | Total |
|---|---|---|---|---|
| 1040 | 12/31/1998 | 5290.96 | 319.02 | 5609.98 |
| 1040 | 12/31/2000 | 13091.27 | 788.92 | 13880.19 |
| 1040 | 12/31/2001 | 13145.81 | 790.58 | 13936.39 |
| 1040 | 12/31/2002 | 11389.86 | 684.80 | 12074.66 |

THIS LEVY WON'T ATTACH FUNDS IN IRAs, SELF-EMPLOYED INDIVIDUALS' RETIREMENT PLANS, OR ANY OTHER RETIREMENT PLANS IN YOUR POSSESSION OR CONTROL, UNLESS IT IS SIGNED IN THE BLOCK TO THE RIGHT. ===================================⇒

Total Amount Due: 45501.22

We figured the interest and late payment penalty to **06-29-2006**

Although we have told you to pay the amount you owe, it is still not paid. This is your copy of a notice of levy we have sent to collect this unpaid amount. We will send other levies if we don't get enough with this one.

Banks, credit unions, savings and loans, and similar institutions described in section 408(n) of the Internal Revenue Code **must hold your money for 21 calendar days** before sending it to us. They must include the interest you earn during that time. Anyone else we send a levy to must turn over your money, property, credits, etc. that they have *(or are already obligated for)* when they would have paid you.

If you decide to pay the amount you owe now, please **bring** a guaranteed payment *(cash, cashier's check, certified check, or money order)* to the nearest IRS office with this form, so we can tell the person who received this levy not to send us your money. Make checks and money orders payable to **United States Treasury**. If you mail your payment instead of bringing it to us, we may not have time to stop the person who received this levy from sending us your money.

If we have erroneously levied your bank account, we may reimburse you for the fees your bank charged you for handling the levy. You must file a claim with the IRS on Form 8546 within one year after the fees are charged.

If you have any questions, or want to arrange payment before other levies are issued, please call or write us. If you write to us, please include your telephone number and the best time to call.

| Signature of Service Representative | Title |
|---|---|
| /S/ B. MORRIS | REVENUE OFFICER |

Part 4 –    For Taxpayer        Catalog No. 35389E    www.irs.gov        Form **668-A(ICS)** (1-2003)