UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DANIEL T. SMITH, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES,<br><br>    Defendant. | Civ. Case No. 05-2069 (CKK) |

**ORDER**
(November 7, 2006)

Based on the reasoning set forth in an accompanying Memorandum Opinion, it is, this 7th day of November, 2006, hereby

ORDERED that Defendant's [10] Motion to Vacate Entry of Default is GRANTED; it is also

ORDERED that Defendant's [9] Motion to Dismiss is GRANTED; it is also

ORDERED that the instant case is DISMISSED WITH PREJUDICE in its entirety; it is also

ORDERED that the Clerk's Office shall mail a copy of this Order and the accompanying Memorandum Opinion to Plaintiffs.

*This case is closed.  This is a final, appealable order.*

                                                               /s/
                                      COLLEEN KOLLAR-KOTELLY
                                      United States District Judge